No. 03–777. FLINT v. ABB INC., FKA ABB POWER T&D CO., INC., ET AL. C. A. 11th Cir. Certiorari denied. ▉

No. 03–790. SAFETY NATIONAL CASUALTY CORP. v. DOW CORNING CORP. C. A. 8th Cir. Certiorari denied. ▉

No. 03–913. LEHMAN v. KORNBLAU ET AL. C. A. 2d Cir. Certiorari denied. ▉

No. 03–917. CLEVELAND, DBA LONE STAR VIDEOTRONICS, ET AL. v. VIACOM INC. ET AL. C. A. 5th Cir. Certiorari denied. ▉

No. 03–919. CHAPPELL ET AL. v. RICH ET AL. C. A. 11th Cir. Certiorari denied. ▉

No. 03–921. KOUKIOS v. MICHAEL GANSON, L. P. A., ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 03–925. GIRARD ET UX. v. CITY OF KEY WEST, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. ▉

No. 03–928. IN RE SURRICK. C. A. 3d Cir. Certiorari denied. ▉

No. 03–942. DAHLQUIST v. VUKICH. Ct. App. Wash. Certiorari denied. ▉

No. 03–951. BINNS v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–962. MORTON v. HEWITT ET UX. C. A. 3d Cir. Certiorari denied. ▉

No. 03–969. BROCKMAN v. WYOMING DEPARTMENT OF FAMILY SERVICES ET AL. C. A. 10th Cir. Certiorari denied. ▉

No. 03–973. PUFFER-HEFTY SCHOOL DISTRICT NO. 69 ET AL. v. DU PAGE REGIONAL BOARD OF SCHOOL TRUSTEES OF DU PAGE COUNTY, ILLINOIS, ET AL. App. Ct. Ill., 2d Dist. Certiorari denied. ▉